# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMER S. GADALLA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JEFF WRIGLEY, Warden, )<br>)<br>Respondent. )<br>)<br>_____ ) | 1:07-cv-0421-AWI WMW HC<br><br>ORDER GRANTING<br>PETITIONER'S MOTION FOR<br>VOLUNTARY DISMISSAL<br><br>[Doc. 4] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 27, 2007, Petitioner filed a motion to voluntarily dismiss this case. No answer having been yet been served in this case, Petitioner is entitled to dismiss this case without a court order pursuant to Rule 41(a), Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for voluntary dismissal is GRANTED and this case is dismissed. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 17, 2007                      /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE